IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GENETIC TECHNOLOGIES LIMITED,   )
                                )
    Plaintiff,                  )
                                )
v.                              )   Civil Action No. 3:12CV724–HEH
                                )
GENETICS & IVF INSTITUTE, INC., )
                                )
    Defendant.                  )

## FINAL ORDER

THIS MATTER is before the Court on a Stipulation of Dismissal With Prejudice filed by the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to this Court that all matters of controversy have been fully resolved and compromised, it is HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                            /s/
                                Henry E. Hudson
                                United States District Judge

Date: April 30 2013
Richmond, VA